IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAN KONOPCA,<br><br>                    Plaintiff,<br><br>     v.<br><br>CENTER FOR EXCELLENCE IN<br>HIGHER EDUCATION, INC.,<br>INDEPENDENCE UNIVERSITY<br>and STEVENS-HENAGER COLLEGE,<br><br>                    Defendant. | Civil Action No. 3:15-cv-5340-FLW-DEA |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of his claims brought against CENTER FOR EXCELLENCE IN HIGHER EDUCATION, INC., INDEPENDENCE UNIVERSITY and STEVENS-HENAGER COLLEGE, in the above-captioned matter, with prejudice.  A proposed Order of Dismissal is annexed hereto as Exhibit A.

Dated:  November 17, 2016

| | |
|---|---|
| Attorney for Plaintiff<br>*Jan Konopca*<br><br>By: /s/ Yitzchak Zelman<br>Yitzchak Zelman, Esq. (YZ5857)<br>MARCUS ZELMAN, LLC<br>1500 Allaire Avenue, Suite 101<br>Ocean, New Jersey 07712<br>Tel: (732)695-3282<br>Fax: (732)298-6256<br>Email: yzelman@marcuszelman.com | Attorney for Defendant<br>*Center For Excellence In Higher Education,*<br>*Inc., Independence University*<br>*and Stevens-Henager College*<br><br>By: /s/ Charles Mikell Hart<br>Charles Mikell Hart, Esq.<br>Duane Morris LLP<br>1940 Route 70 East, Suite 100<br>Cherry Hill, NJ 08002<br>Tel: (856)874-4275<br>Fax: (215)405-2548<br>Email: chart@duanemorris.com |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAN KONOPCA,<br><br>       Plaintiff,<br><br>  v.<br><br>CENTER FOR EXCELLENCE IN<br>HIGHER EDUCATION, INC.,<br>INDEPENDENCE UNIVERSITY<br>and STEVENS-HENAGER COLLEGE,<br><br>       Defendant. | Civil Action No. 3:15-cv-5340-FLW-DEA |

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' November 17, 2016 Stipulation of Dismissal, all claims asserted by Plaintiff, as asserted in Civil Action No: 3:15-cv-5340-FLW-DEA, are dismissed without prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in the litigation of the claims asserted in this action.

**SO ORDERED THIS** _____ **day of** _____, 2016.

                  _____
                  HON. FREDA L. WOLFSON
                  UNITED STATES DISTRICT JUDGE