IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAN KONOPCA,<br><br>                           Plaintiff,<br><br>v.<br><br>CENTER FOR EXCELLENCE IN<br>HIGHER EDUCATION, INC.,<br>INDEPENDENCE UNIVERSITY<br>and STEVENS-HENAGER COLLEGE,<br><br>                           Defendant. | Civil Action No. 3:15-cv-5340-FLW-DEA |

## AMENDED DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' November 17, 2016 Stipulation of Dismissal, all claims asserted by Plaintiff, as asserted in Civil Action No: 3:15-cv-5340-FLW-DEA, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in the litigation of the claims asserted in this action.

SO ORDERED THIS 21st day of November, 2016.

*Freda L. Wolfson*
HON. FREDA L. WOLFSON
UNITED STATES DISTRICT JUDGE